**Order entered October 16, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-000245-CV

### IN THE INTEREST OF C.R.H., A CHILD

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-50593-06**

## ORDER

This is an appeal from an order to modify parent-child relationship. In his notice of appeal, Father requests appointment of counsel. Because it does not appear that Father is entitled to counsel and no affidavit of indigence has been filed, we **DENY** his request.

We note that Father's filing fee and the fee for the clerk's record have not been paid. Accordingly, we **ORDER** Father to pay both fees within twenty (20) days of the date of this order. Father is cautioned that failure to comply will result in dismissal of this appeal without further notice.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE